IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON WOOD,

    Plaintiff,

vs.                                         1:18-cv-00500-RB-LF

THE CITY OF FARMINGTON,
THE FARMINGTON POLICE DEPARTMENT,
STEVE HEBBE, in his individual capacity,
DAVID GRIEGO, in his individual capacity,
CORBAN DAVIS, in his individual capacity,
MATTHEW VEITH, in his individual capacity, and
KYLE DOWDY, in his individual capacity.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on July 24, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 16), filed on July 16, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 19), filed concurrently with this Order.

_____
Laura Fashing
United States Magistrate Judge